1  JEFFREY M. HERMAN, ESQ. (Admitted *Pro Hac Vice*)
2  DANIEL G. ELLIS, ESQ. (Calf. Bar No. 298639)
   Herman Law
3  3351 NW Boca Raton Boulevard
   Boca Raton, FL 33431
4  Telephone: (305) 931-2200
5  Facsimile: (305) 931-0877

6  MARY E. ALEXANDER, ESQ. (SBN: 104173)
   JENNIFER L. FIORE, ESQ. (SBN: 203618)
7  SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
8  Mary Alexander & Associates, P.C.
   44 Montgomery Street, Suite 1303
9  San Francisco, CA  94104
   Telephone: (415) 433-4440
10 Facsimile: (415) 433-5440

11 Attorneys for Plaintiff
12 JOHN DOE, by and through his
   Guardian ad Litem, C.D.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian ad Litem, C. D., | Case No.:  C-14-02167 HSG |
| Plaintiff, | **ORDER ON MOTION FOR SUBSTITUTION OF GUARDIAN AD LITEM** |
| vs. | |
| MT. DIABLO UNIFIED SCHOOL DISTRICT, a public entity, And DOES 1-100, inclusive, | |
| Defendants. | |

The petition for an order substituting Herb Thomas as guardian ad litem for Plaintiff John Doe is hereby GRANTED

DONE AND ORDERED in Chambers in San Francisco, California, this  13th  day of May, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished:

    Jeffrey M. Herman, Esq. (Admitted *Pro Hac Vice*)
    Daniel G. Ellis, Esq. (Calf. Bar No. 298639)
    Herman Law
    3351 NW Boca Raton Boulevard
    Boca Raton, FL 33431
    Telephone: (305) 931-2200
    Facsimile: (305) 931-0877
    *Attorney for Plaintiff John Doe*

    Dolores M. Donohoe, Esq.
    Edrington Schirmer & Murphy
    2300 Contra Costa Blvd., Suite 450
    Pleasant Hill, CA 94523
    *Attorneys for Defendant Mt. Diablo Unified School District*

    Mary E. Alexander, Esq.
    Jennifer L. Fiore, Esq.
    Sophia M. Aslami, Esq.
    Mary Alexander & Associates, P.C.
    44 Montgomery Street, Suite 1303
    San Francisco, CA 94104
    *Local Counsel for Plaintiff John Doe*