JEFFREY M. HERMAN, ESQ. (Admitted *Pro Hac Vice*)
DANIEL G. ELLIS, ESQ. (Calf. Bar No. 298639)
Herman Law
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Telephone: (305) 931-2200
Facsimile: (305) 931-0877

MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA  94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

Attorneys for Plaintiff
JOHN DOE, by and through his
Guardian ad Litem, C.D.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian ad Litem, C. D., <br><br> Plaintiff, <br><br> vs. <br><br> MT. DIABLO UNIFIED SCHOOL DISTRICT, a public entity, And DOES 1-100, inclusive, <br><br> Defendants. | Case No.:  C-14-02167 HSG <br><br> **ORDER ON STIPULATION FOR SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |

The Stipulation for Settlement Conference with Magistrate Judge Joseph C. Spero on July 21, 2015, commencing at 9:30 a.m. is hereby GRANTED.  This matter is referred to Magistrate Judge Joseph C. Spero for purposes of the Settlement Conference.

DONE AND ORDERED in Chambers in San Francisco, California, this 20th day of May, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished:

    Jeffrey M. Herman, Esq. (Admitted *Pro Hac Vice*)
    Daniel G. Ellis, Esq. (Calf. Bar No. 298639)
    Herman Law
    3351 NW Boca Raton Boulevard
    Boca Raton, FL 33431
    Telephone: (305) 931-2200
    Facsimile: (305) 931-0877
    *Attorney for Plaintiff John Doe*

    Dolores M. Donohoe, Esq.
    Edrington Schirmer & Murphy
    2300 Contra Costa Blvd., Suite 450
    Pleasant Hill, CA 94523
    *Attorneys for Defendant Mt. Diablo Unified School District*

    Mary E. Alexander, Esq.
    Jennifer L. Fiore, Esq.
    Sophia M. Aslami, Esq.
    Mary Alexander & Associates, P.C.
    44 Montgomery Street, Suite 1303
    San Francisco, CA 94104
    *Local Counsel for Plaintiff John Doe*