UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JOHN DOE,            No. C 14-02167 HSG (LB)

        Plaintiff,              **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES**

   v.

MT DIABLO UNIFIED SCHOOL DISTRICT,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The district court has referred Defendant's pending discovery letter brief, and all other discovery in this action, to the undersigned. (*See* 5/15/2015 Letter, ECF No. 40; Order of Referral, ECF No. 42.) This court normally requires joint discovery letter briefs, not separate ones, but in this situation, and in the interest of time, the court orders Plaintiff to file a one-page letter brief in response to Defendant's letter brief by Friday, May 22, 2015, at 2:00 p.m.

    Going forward, the parties are directed to comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes. Those discovery procedures require, among other things, that the parties meet and confer in person if counsel are local. The court's procedures are designed to prevent any one party from avoiding filing a joint letter brief by allowing counsel to designate the meet-and-confer time if counsel do not agree. If the parties cannot navigate filing a joint letter brief, they may schedule a short case management

conference call through courtroom deputy Lashanda Scott.

The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
LAUREL BEELER
United States Magistrate Judge