JEFFREY M. HERMAN, ESQ. (Admitted *Pro Hac Vice*)
DANIEL G. ELLIS, ESQ. (Calf. Bar No. 298639)
Herman Law
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Telephone: (305) 931-2200
Facsimile: (305) 931-0877

MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

Attorneys for Plaintiff
JOHN DOE, by and through his
Guardian ad Litem, HERB THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian ad Litem, C.D.,<br><br>Plaintiff,<br><br>vs.<br><br>MT. DIABLO UNIFIED SCHOOL DISTRICT, a public entity, And DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C-14-02167 HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED HEARING OF PLAINTIFF'S PETITION TO COMPROMISE PENDING ACTION** |

The Parties, Plaintiff JOHN DOE, by and through his Guardian ad Litem, Herb Thomas, and Defendant MT. DIABLO UNIFIED SCHOOL DISTRICT, hereby file this Joint Stipulation for Expedited Hearing of Petition to Compromise Pending Action on the following grounds.

1

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED HEARING OF PLAINTIFF'S
PETITION TO COMPROMISE PENDING ACTION          Case No. C-14-02167 HSG

This matter was settled by a compromised settlement by all parties on June 22, 2015. As the Plaintiff is an incapacitated person, Court approval is sought in order to approve this settlement including an order to allow counsel to establish a Special Needs Trust on behalf of John Doe.

This matter involves a Guardian ad Litem in California, and co-counsel for the Plaintiff has their offices in Florida and New York, hence time has been a factor in getting all paperwork filed with this Court. At the beginning of the gathering and exchange of settlement documents, the Court's calendar had availability for August 20, 2015 for the hearing on Plaintiff's Petition for Compromise of Pending Action ("Petition"). When Plaintiff's counsel filed the Petition on Monday, August 3, 2015, the Court no longer had available the date of August 20, 2015. Plaintiff then selected September 10, 2015 for the hearing. Due to a minor filing issue, the Petition filed on August 3 was rejected and the hearing date of September 10, 2015 was no longer available to the parties. Upon Plaintiff's refiling of the Petition, the September 10, 2015 date was no longer available and the soonest available date Plaintiff could select for the hearing was October 1, 2015.

Plaintiff's counsel has contacted Defendant Mt. Diablo Unified School District's counsel, Timothy Murphy, who has advised he has no objection to the entry of this stipulation, and joins Plaintiff in this stipulation due to the settlement being effectuated on June 22, 2015.

The parties respectfully request that this Honorable Court shorten the time in which the hearing is to take place and **allow for the September 10, 2015 hearing to take place at 2:00 p.m.,** as counsel for each of the parties and the Guardian ad Litem are available to attend the hearing at this date and time.

The parties further respectfully request that the hearing on the Petition be held confidentially in a closed session since the subject matter is confidential and concerns privileged

///
///
///

settlement information.

DATED: August 13, 2015

By: /s/ Jeffrey M. Herman
Jeffrey M. Herman, Esq.
(Admitted Pro Hac Vice)
Daniel G. Ellis, Esq.
Calif. Bar No. 298639
*Attorneys for Plaintiff John Doe*

DATED: August 13, 2015

By: /s/ Timothy P. Murphy
Timothy P. Murphy, Esq.
Calif. Bar No. 120920
Edrington, Schirmer & Murphy LLP
*Attorneys for Defendant Mt. Diablo Unified School District*

And

By: /s/ Mary E. Alexander
MARY E. ALEXANDER, ESQ.
Calif. Bar No. 104173
JENNIFER L. FIORE, ESQ.
Calif. Bar No. 203618
SOPHIA M. ASLAMI, ESQ.
Calif. Bar No. 262712
MARY ALEXANDER & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

## ORDER GRANTING EXPEDITED HEARING REQUEST

IT IS SO ORDERED:

The Joint Stipulation for Expedited Hearing on Petition to Compromise Pending Action is hereby Granted. The hearing will be held on September 10, 2015 at 2:00 p.m. before this Court.

Dated: August 17, 2015

/s/ Haywood S. Gilliam
THE HONORABLE HAYWOOD S. GILLIAM, JR.

---

3

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED HEARING OF PLAINTIFF'S PETITION TO COMPROMISE PENDING ACTION     Case No. C-14-02167 HSG