JEFFREY M. HERMAN, ESQ. (Admitted *Pro Hac Vice*)
DANIEL G. ELLIS, ESQ. (Calf. Bar No. 298639)
ARICK W. FUDALI, ESQ. (Calif. Bar No. 296364)
Herman Law
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Telephone: (305) 931-2200
Facsimile: (305) 931-0877

MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

Attorneys for Plaintiff
JOHN DOE, by and through his
Guardian ad Litem, C.D.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian ad Litem, C. D.,<br><br>    Plaintiff,<br><br>   vs.<br><br>MT. DIABLO UNIFIED SCHOOL DISTRICT, a public entity, And DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: C-14-02167 HSG<br><br>**ORDER ON MOTION TO APPEAR TELEPHONICALLY FOR ON PETITION TO APPROVE COMPROMISE OF MINOR'S PENDING ACTION** |

IT IS HEREBY ORDERED AND ADJUDGED that, based on good cause having been established, counsel for Plaintiff John Doe, by and through his Guardian ad Litem, C.D., may appear telephonically via CourtCall at the hearing on Petition to Approve Compromise of Minor's Pending Action, set for September 10, 2015, at 2:00 p.m. Counsel shall contact

CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DONE AND ORDERED in Chambers in San Francisco, California, this _____ day of September, 2015.

DENIED
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished:

    Jeffrey M. Herman, Esq. (Admitted *Pro Hac Vice*)
    Daniel G. Ellis, Esq. (Calif. Bar No. 298639)
    Arick W. Fudali (Calif. Bar No. 296364)
    Herman Law
    3351 NW Boca Raton Boulevard
    Boca Raton, FL 33431
    Telephone: (305) 931-2200
    Facsimile: (305) 931-0877
    *Attorney for Plaintiff John Doe*

    Dolores M. Donohoe, Esq.
    Edrington Schirmer & Murphy
    2300 Contra Costa Blvd., Suite 450
    Pleasant Hill, CA 94523
    *Attorneys for Defendant Mt. Diablo Unified School District*

    Mary E. Alexander, Esq.
    Jennifer L. Fiore, Esq.
    Sophia M. Aslami, Esq.
    Mary Alexander & Associates, P.C.
    44 Montgomery Street, Suite 1303
    San Francisco, CA 94104
    *Local Counsel for Plaintiff John Doe*