JEFFREY M. HERMAN, ESQ. (Admitted *Pro Hac Vice*)
DANIEL G. ELLIS, ESQ. (Calf. Bar No. 298639)
ARICK W. FUDALI, ESQ. (Calf. Bar No. 296364)
Herman Law
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Telephone: (305) 931-2200
Facsimile: (305) 931-0877

MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
SOPHIA M. ASLAMI, ESQ. (SBN: 262712)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

Attorneys for Plaintiff
JOHN DOE, by and through his
Guardian ad Litem, C.D.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, by and through his Guardian ad Litem, C. D., <br><br> Plaintiff, <br><br> vs. <br><br> MT. DIABLO UNIFIED SCHOOL DISTRICT, a public entity, And DOES 1-100, inclusive, <br><br> Defendants. | Case No.: C-14-02167 HSG <br><br> **STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above referenced case should be DISMISSED with prejudice. Each party shall bear its own costs.

Stipulated to and presented on this 1st day of March, 2016.

        HERMAN LAW

By _/s/ Jeff Herman_____
    Jeff Herman, Esq.
    Daniel Ellis, Esq.
    Arick Fudali, Esq.
    Attorney for Plaintiff,
    JOHN DOE, by and through his
    Guardian ad Litem, C. D.,

MARY ALEXANDER & ASSOCIATES, P.C.

By _/s/ Jennifer M. Fiore_____
    Mary E. Alexander, Esq.
    Jennifer M. Fiore, Esq.
    Attorney for Plaintiff,
    JOHN DOE, by and through his
    Guardian ad Litem, C. D.,

EDRINGTON, SCHIRMER & MURPHY LLP

By ___see next page_____
    Dolores M. Donohoe
    Attorney for Defendant
    MT. DIABLO UNIFIED SCHOOL DISTRICT

## ORDER GRANTING STIPULATION FOR DISMISSAL

The parties having so stipulated and agreed, it is hereby SO ORDERED:

The above referenced case is hereby DISMISSED with prejudice. Each party shall bear its own costs.

The Clerk is directed to send copies of this Order to all counsel of record.

Dated: _____, 2016.        _____
                                               THE HONORABLE HAYWOOD S. GILIAM, JR.

Stipulated to and presented on this 1st day of March, 2016.

HERMAN LAW

By _____
Jeff Herman, Esq.
Daniel Ellis, Esq.
Arick Fudali, Esq.
Attorney for Plaintiff,
JOHN DOE, by and through his
Guardian ad Litem, C. D.,

MARY ALEXANDER & ASSOCIATES, P.C.

By _____
Mary E. Alexander, Esq.
Jennifer M. Fiore, Esq.
Attorney for Plaintiff,
JOHN DOE, by and through his
Guardian ad Litem, C. D.,

EDRINGTON, SCHIRMER & MURPHY LLP

By _____
Dolores M. Donohoe
Attorney for Defendant
MT. DIABLO UNIFIED SCHOOL DISTRICT

## ORDER GRANTING STIPULATION FOR DISMISSAL

The parties having so stipulated and agreed, it is hereby SO ORDERED:

The above referenced case is hereby DISMISSED with prejudice. Each party shall bear its own costs.

Dated: _____ March 2, 2016.          _____
THE HONORABLE HAYWOOD S. GILIAM, JR.